HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 16-00308RSL |
| ) | |
| Plaintiff, ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO CONTINUE TRIAL AND |
| vs. ) | PRETRIAL MOTIONS DEADLINE |
| ) | |
| ROBERT WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT, having considered the Unopposed Motion to Continue the Trial Date and Pretrial Motions Deadline, and based upon the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, finds that:

(a) taking into account the exercise of due diligence, the examination and evaluation of discovery, a failure to grant a continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv), because Defense counsel has indicated that she requires additional time to prepare for trial so that she and the Defendant can review, understand and investigate discovery provided by the government in order to evaluate and develop factual and legal issues, potential defenses, and pre-trial motions.

(b) a failure to grant such a continuance in this proceeding would likely result in

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE   - 1
(*Robert Williams;* CR16-00308RSL)

a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses or engage in plea negotiations; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of January 23, 2017, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(f) Defendant has signed a waiver indicating that he has been advised of his individual right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right in order to permit trial to start on May 1, 2017.  See Dkt. # 21.

(g) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv); and

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to May 1, 2017, and that pretrial motions shall be filed no later than April 4, 2017.

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE   - 2
(*Robert Williams;* CR16-00308RSL)

1    DONE this 16th day of December, 2016.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
AND PRETRIAL MOTIONS DEADLINE    - 3
(*Robert Williams;* CR16-00308RSL)